UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : INDICTMENT |
| ALEXANDER ORTEGA, | : 07 Cr. |
| Defendant. | : |

- - - - - - - - - - - - - - - - x

**07 CRIM 968**

### COUNT ONE

The Grand Jury charges:

1.  From in or about June 2001, through in or about February 2004 in the Southern District of New York and elsewhere, ALEXANDER ORTEGA, the defendant, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Title 8, United States Code, Section 1325(c).

2.  It was a part and an object of the conspiracy that ALEXANDER ORTEGA, the defendant, and others known and unknown, unlawfully, willfully and knowingly, would and did enter into and cause others to enter into a marriage for the purpose of evading provisions of the immigration laws, in violation of Title 8, United States Code, Section 1325(c).

### OVERT ACTS

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others,

were committed in the Southern District of New York and elsewhere:

      a.   On or about June 28, 2001, ALEXANDER ORTEGA, the defendant, married a Chinese citizen in Manhattan, New York.

      b.   On or about July 6, 2001, ORTEGA signed and filed a "Petition for Alien Relative" in Manhattan, New York.

      c.   On or about February 17, 2004, ORTEGA signed and filed an "Affidavit in Support Under Section 213A" in Manhattan, New York.

(Title 18, United States Code, Section 371.)

_____     _____
FOREPERSON                                  MICHAEL J. GARCIA
                                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALEXANDER ORTEGA,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 371)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

10/17/07 Filed Indictment. A/W issued. Case assigned to Judge Berman.

Pitman
U.S.M.J.