AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America
v.
Alexander Ortega

APPEARANCE

Case Number: 07-Cr-968

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Alexander Ortega

I certify that I am admitted to practice in this court.

February 20, 2008
Date

*David J. Goldstein* (signature)

DAVID J. GOLDSTEIN
Print Name                                      Bar Number

888 Grand Concourse
Address

Bronx                New York              10451
City                 State                 Zip Code

(718) 665-9000                  (718) 665-9147
Phone Number                    Fax Number