JUN-25-2008 15:18 US ATTY SDNY CRIM FIC 212 637 2826 P.02
Case 1:07-cr-00968-RMB Document 4 Filed 06/25/2008 Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 25, 2008

**BY FAX**



Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: <u>United States</u> v. <u>Alexander Ortega</u>, 07 Cr. 968 (RMB)

Dear Judge Berman:

    The Government respectfully requests that the Court reschedule the next pre-trial conference in the above-captioned case, currently scheduled for June 26, 2008, for July 30, 2008, at 11:00 a.m. The Government also requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., until the July 30, 2008, pre-trial conference, in the interests of justice. The parties have attempted to schedule two pleas before the duty magistrate judge in the last week, and on each occasion the marshal's have been incapable of producing the defendant due to his illness. I have been advised that the defendant has been suffering from flu-like symptoms. I have spoken with the defendant's attorney, Mr. Barry Weinstein, and he has informed me that the defense has no objection to either the rescheduling or the request to exclude time.

                 Respectfully submitted,

                  MICHAEL J. GARCIA
                  United States Attorney
                  Southern District of New York

                By: _____
                  Randall W. Jackson
                  Assistant United States Attorney
                  (212) 637-1029

Mr. Barry Weinstein
Fax: 718-665-2847

---

*Handwritten endorsement:*

Adjournment granted to 7-30-08 at 11:00am on consent. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 6-25-08

*/s/ Richard M. Berman*
Richard M. Berman, U.S.D.J.

TOTAL P.02
06/25/08 WED 16:18 [TX/RX NO 8500]